JS-6 / ENTERED

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY ~~FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL~~ Petitioner ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 12.19.12

DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 19 2012

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM KELLY,<br><br>        Petitioner,<br><br>    vs.<br><br>CALIFORNIA DEP'T OF CORRECTIONS,<br><br>        Respondent. | Case No. EDCV 12-1455-MMM(JPR)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: December 18, 2012

/s/ Margaret M. Morrow
MARGARET M. MORROW
U.S. DISTRICT JUDGE



ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 19 2012

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY